[65 NE3d 1280, 43 NYS3d 245]

MIRIAM LEVY OATES, as Administratrix of the Estate of RACHEL
LEVY, Deceased, et al., Respondents, v NEW YORK CITY
TRANSIT AUTHORITY, Appellant, et al., Defendants.

Decided November 17, 2016

**APPEARANCES OF COUNSEL**

*Lawrence Heisler*, *MTA New York City Transit*, Brooklyn, for appellant.

*Law Offices of Rosemarie Arnold*, New York City (*Paige R. Butler* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs. The Appellate Division correctly determined that legally sufficient evidence supported the jury's findings of negligence and entitlement to damages for decedent's conscious pain and suffering.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.